AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RAY NELSON, SR.,

    Plaintiff,

         **v.**

LAURA NELSON,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   5:20-CV-33

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated January 6, 2021, the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of the Court. Plaintiff's Complaint is DISMISSED, and Plaintiff is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
       HON. LISA GODBEY WOOD, JUDGE

January 6, 2021
_____
*Date*

John Triplett, Acting Clerk of Court
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03